IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 167 - GCM**

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA, | ) ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| v. | ) ) |
| ADVANCED COATINGS, INC., | ) ) |
| Defendant. | ) ) |

    THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 9]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, August 29, 2007, at 10:00 a.m.**.

    IT IS SO ORDERED.

Signed: August 14, 2007

Graham C. Mullen
United States District Judge