IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 167 - GCM**

| | | |
|---|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| ADVANCED COATINGS, INC., | ) ) | |
| Defendant. | ) ) | |

    THIS MATTER is before the court on its own motion. Due to scheduling conflicts, the Initial Pretrial Conference set for August 29, 2007, has been rescheduled to **Thursday, September 13, 2007, at 10:30 a.m..**

    IT IS SO ORDERED.

    Signed: August 20, 2007

Graham C. Mullen
United States District Judge