IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-167-GCM**

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA, <br> Plaintiff, <br> v. <br> ADVANCED COATINGS, INC. <br> Defendants. | ) <br> ) <br> ) <br> ) **ORDER GRANTING** <br> ) **ADMISSION PRO HAC VICE** <br> ) <br> ) |

**THIS MATTER** is before the Court upon the motion of Defendant Advanced Coatings, Inc. to allow **Charles R. Tuffley** to appear *Pro Hac Vice*, dated September 13, 2007 [doc #12].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Tuffley has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 13, 2007

Graham C. Mullen
United States District Judge