IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:07CV167-MU

| | | |
|---|---|---|
| **SOUTHERN INSURANCE COMPANY OF VIRGINIA,** Plaintiff, | ) ) ) ) ) | **ORDER** |
| vs. | ) ) | |
| **ADVANCED COATINGS, INC.** Defendant. | ) ) ) | |

THIS MATTER is before the Court on a motion dated January 3, 2008, filed by plaintiff Southern Insurance Company pursuant to Rule 37(a), F.R.Civ.P., to compel discovery from non-party Public Storage, Inc. Based upon a review of the pleadings and record, it appears to the Court:

1. That a subpoena requiring the production of specified documents related to this action was duly issued by Southern Insurance pursuant to Rule 45, F.R.Civ.P., and served by certified mail on Public Storage on October 29, 2007;

2. That corporate counsel for Public Storage acknowledge receipt of this subpoena to counsel for Southern Insurance;

3. That no response or objection of any kind was made by or on behalf of Public Storage; and,

1

4. That no response of any kind has been made by or on behalf of Public Storage to the motion to compel, although the motion was served on counsel for Public Storage, as appears from the Certificate of Service of the motion;

**IT IS THEREFORE ORDERED:**

1. That Public Storage, Inc., provide to Southern Insurance Company all those documents identified at Exhibit A of Southern Insurance Company's subpoena of October 29, 2007;

2. That counsel for Southern Insurance serve this Order on Public Storage by any lawful means;

3. That the production required herein by made within twenty-one (21) days of the date of service of this Order on Public Storage; and,

4. That any expense or cost associated with providing these records by borne by Public Storage.

February 11, 2008

Signed:

Graham C. Mullen
United States District Judge