IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**CASE NO: 3:07CV167-MU**

| | | |
|---|---|---|
| SOUTHERN INSURANCE | ) | |
| COMPANY OF VIRGINIA, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ADVANCED COATINGS, INC. | ) | |
| Defendant. | ) | |

**THIS CAUSE COMING ON TO BE HEARD** and being heard upon the filing of the Joint Motion to Revise Pretrial Order and Case Management Plan of September 13, 2007 (document #19).

For good cause show, **IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED** that said Pretrial Order and Case Management Plan will be modified as follows:

July 31, 2008 - close of discovery

August 15, 2008 - Mediated settlement deadline

September 1, 2008 - Motions deadline

January 2009 - trial

These modifications, along with the provisions of the Pretrial Order and Case Management Plan shall govern this case from the date of filing through discovery, the filing of all motions, mediation or other alternative dispute resolution, and trial.

**SO ORDERED.**

**The Clerk is directed to send copies of this Order to counsel for the parties.**

Signed: April 3, 2008

Graham C. Mullen
United States District Judge