UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-167-GCM

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA,<br>    Plaintiff,<br>v.<br><br>ADVANCED COATINGS, INC.,<br>    Defendant. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **October 5, 2009, at 10:00 a.m.**.

**SO ORDERED**.

Signed: May 27, 2009

Graham C. Mullen
United States District Judge