IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV167-MU

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA, ) ) ) Plaintiff, ) ) vs. ) ) ADVANCED COATINGS, INC., ) ) Defendant. ) ) | ORDER |

This matter is before the court upon its own motion. Trial in this case was originally scheduled for the January 2010 term. However, the court has only recently ruled upon cross motions for summary judgment that affect which claims will be going forward to trial. Accordingly, the court hereby continues this case and sets it peremptorily for March 18, 2010.

IT IS SO ORDERED.

Signed: December 14, 2009

Graham C. Mullen
United States District Judge